UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY JACKSON,<br><br>              Plaintiff,<br>v.<br><br>VERENIUM CORPORATION, *et al.*,<br><br>              Defendants. | Civil No. 13cv2436 JAH (JLB)<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING** |

On August 12, 2014, this Court issued an order to show cause ("OSC") requiring plaintiff Tony Jackson ("plaintiff") to show cause why his claims against various defendants in this case should not be dismissed for failure to prosecute pursuant to Local Rule 41.1, and for failure to serve the summons and complaint upon all named defendants within 120 days of the date the complaint was filed pursuant to 4 (m) of the Federal Rules of Civil Procedure. See Doc. # 5. Then, on August 20, 2014, plaintiff filed a response in which he requests the Court to vacate the Court's notice and to stay the instant case because "parallel litigation" before the Superior Court of California, County of San Diego ("state court"), "has been resolved in principle" and the parties are "preparing settlement documents" to present to the state court. See Doc. # 6 (citing Johnson v. Verenium Corp. et al., Case No. 37-2013-00068561-CU-LS-CTL, as the state action related to the instant case). Plaintiff adds that a final hearing for the state action is scheduled on January 9, 2015. Id.

//

1  Good cause appearing, this Court finds it appropriate to vacate the OSC hearing set
2  for August 25, 2014 and to stay the instant case. Accordingly, IT IS HEREBY ORDERED
3  that:
4      1.    The hearing set for August 25, 2014 is **VACATED**;
5      2.    This action is **STAYED** pending the outcome of the January 9, 2015 hearing
6          set before the state court; and
7      3.    Plaintiff shall **NOTIFY** this Court of the status of the state action and/or
8          seek dismissal of the instant case within two weeks following the January 9,
9          2015 hearing date.

Dated: August 22, 2014

JOHN A. HOUSTON
United States District Judge