UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 3 1 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY acc DEPUTY

Tony Jackson,

    Plaintiff,

vs.

Verenium Corporation,

    Defendant.

CASE NO.13-cv-02436-JAH-JLB

JUDGMENT AND DISMISSAL BY COURT
UNDER Local Cv Rule 83.1 FOR FAILURE
TO COMPLY

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Local Cv Rule 83.1, for failure to COMPLY WITH THE Court'S order.

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed, without prejudice, as to defendants for failure to comply with the Court's order.

DATED:07/27/2015

_____
John A. Houston
UNITED STATES DISTRICT JUDGE

ENTERED ON  7-27-15